IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gray, Steven Mark | Case Number:  05 B 20675 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/3/08 | Filed:  5/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: July 3, 2008
Confirmed: August 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 21,883.00 | |
| Secured: | | 6,827.11 |
| Unsecured: | | 8,912.35 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 977.94 |
| Other Funds: | | 2,465.60 |
| Totals: | 21,883.00 | 21,883.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Triad Financial Services | Secured | 6,827.11 | 6,827.11 |
| 3. | Peoples Energy Corp | Unsecured | 994.93 | 0.00 |
| 4. | T Mobile USA | Unsecured | 782.31 | 782.31 |
| 5. | Sir Finance Corporation | Unsecured | 1,142.55 | 1,142.55 |
| 6. | AAA Checkmate LLC | Unsecured | 1,825.80 | 1,825.80 |
| 7. | Triad Financial Services | Unsecured | 4,822.84 | 4,822.84 |
| 8. | Capital One | Unsecured | 338.85 | 338.85 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 10. | Gevalia Kaffe Import Service | Unsecured | | No Claim Filed |
| 11. | Sprint PCS | Unsecured | | No Claim Filed |
| 12. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,434.39 | $ 18,439.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 58.17 |
| 5.5% | 289.46 |
| 5% | 96.95 |
| 4.8% | 172.86 |
| 5.4% | 360.50 |
| | _____ |
| | $ 977.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gray, Steven Mark | Case Number:  05 B 20675 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/3/08 | Filed:  5/23/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

